| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MELINDA M. MORTON, ESQ.<br>BERGESON, LLP<br>303 ALMADEN BOULEVARD 5TH FLOOR<br>SAN JOSE, CA 95110<br>TELEPHONE NO.:       FAX NO. (Optional):<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):  Petitioners | **FILED**<br>AUG 26 2011<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT - NORTH DISTRICT (SAN JOSE)
STREET ADDRESS: 280 S. FIRST ST., #2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE 95113
BRANCH NAME:

| PLAINTIFF/PETITIONER: | IN RE APPLICATION OF GORDON RAMSAY AND GORDON RAMSAY HOLDINGS LTD. | CASE NUMBER: CV1180196 MISC - LHK |
|---|---|---|
| DEFENDANT/RESPONDENT: | | |
| PROOF OF SERVICE (CIVIL) | HEARING DATE/TIME:   HEARING DEPT./DIV.: | Ref. No. or File No.: 8272.001 RAMSAY |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   Petition for an Order Compelling Discovery in Aid of Foreign Judicial Proceeding Pursuant to 28 U.s.c. Section 1782; Memorandum of Law in Support; Declaration of Adam Omar Morallee in Support; [proposed] Order Granting Petition to Conduct Discovery in Aid of Foreign Judicial Proceeding Pursuant to 28 U.s.c. Section 1782; Certification of Intersted Entities or Persons Pursuant to Civ. L.r. 3-16

3. a. Party served (specify name of party as shown on documents served):
      GOOGLE, INC.

   b. [ X ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):
      Bradley Ellison, Person Authorized to Accept, A white male approx. 35-40 years of age 6'2"-6'4" in height weighing 200-220 lbs with brown hair

4. Address where the party was served:
   CSC LAWYERS INCORPORATING SERVICE, 2730 GATEWAY OAKS Drive STE. 100, SACRAMENTO, CA 95833

5. I served the party (check proper box)
   a. [ X ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on (date): 8/23/2011  (2) at (time): 3:48 PM
   b. [   ] **by substituted service.** On (date):      (2) at (time):      I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) [   ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [   ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [   ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [   ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):      from (city):      or [   ] a declaration of mailing is attached.
      (5) [   ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Code of Civil Procedure. § 1011

PROOF OF SERVICE
(CIVIL)

Order No. 6890626 SJC



| PLAINTIFF/PETITIONER: | IN RE APPLICATION OF GORDON RAMSAY AND GORDON RAMSAY HOLDINGS LTD. | CASE NUMBER: CV1180196 MISC |
|---|---|---|
| DEFENDANT/RESPONDENT: | | |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  (1) on *(date):*     (2) from *(city):*
  (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
  (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)
d. [ ] **by other means** *(specify means of service and authorizing code section):*

  [ ] Additional page describing service is attached.

6. **Person who served papers**
   a. Name:                    **Perdea Rich**
   b. Address:                 **501 12TH STREET, SACRAMENTO, CA 95814**
   c. Telephone number:        **916-449-8990**
   d. The fee for service was: **$188.50**
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] registered California process server:
         (i) [ ] owner  [ ] employee  [X] independent contractor
         (ii) [X] Registration No.:  **2010-103**
         (iii) [X] County:           **Sacramento**

7. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
8. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 8/23/2011

_____
**Perdea Rich**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)



**PROOF OF SERVICE
(CIVIL)**

Page 2 of 2
Order No. 6890626 SJC