1   DANIEL J. BERGESON, Bar. No. 105439
    dbergeson@be-law.com
2   MELINDA M. MORTON, Bar No. 209373
    mmorton@be-law.com
3   JAIDEEP VENKATESAN, Bar No. 211836
    jvenkateson@be-law.com
4   BERGESON, LLP
    303 Almaden Boulevard, Suite 500
5   San Jose, California 95110-2712
    Telephone: (408) 291-6200
6   Facsimile: (408) 297-6000

7   Attorneys for Petitioners
    GORDON RAMSAY AND
8   GORDON RAMSAY HOLDINGS LTD.

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  In re Application of:                 Case No. CV 11-80196

14    GORDON RAMSAY and                   **STIPULATION AND [~~PROPOSED~~]
      GORDON RAMSAY HOLDINGS LTD.**       **ORDER RE:**
15                                        **JOINT ADMINISTRATIVE MOTION OF**
                                          **GORDON RAMSAY AND**
16                                        **GORDON RAMSAY HOLDINGS LTD.**
                                          **AND GOOGLE INC.**
17                                        **TO RESOLVE PETITION**

18

19

20          Petitioners Gordon Ramsay and Gordon Ramsay Holdings Ltd. and Google Inc., by and

21  through their undersigned counsel, hereby stipulate as follows:

22          1.      Within ten (10) days of receiving an email at the email address google-legal-

23  support@google.com from the email account adamjhutcheson@gmail.com that states that the

24  accountholder, Adam Hutcheson, expressly consents to Google Inc. disclosing the content of the

25  email and attachments previously or currently stored in the account, including the content the user

26  may have deleted but that may remain reasonably accessible on Google's active servers, to the

27  accountholder's attorney, Smeetesh Kakkad, Salans, Millennium Bridge House, 2 Lambeth Hill,

28  London EC4V 4AJ, UK, skakkad@salans.com, and entry of the Stipulation and Order Re: Joint

Stip and [~~Proposed~~] Order Re: JAM of Gordon
Ramsay and GRHL and Google Inc. to Resolve          -1-                    CV11-080196
Petition

Administration Motion of Gordon Ramsay and Gordon Ramsay Holdings Ltd. and Google Inc. to Resolve Petition ("Order"), Google Inc. shall disclose this content to the accountholder's attorney, Smeetesh Kakkad.

2.    Within ten (10) days of receiving an email at the email address google-legal-support@google.com from the email account chris.hutcheson2@gmail.com that states that the accountholder, Christopher Hutcheson, expressly consents to Google Inc. disclosing the content of the email and attachments previously or currently stored in the account, including the content the user may have deleted but that may remain reasonably accessible on Google's active servers, to the accountholder's attorney, Smeetesh Kakkad, Salans, Millennium Bridge House, 2 Lambeth Hill, London EC4V 4AJ, UK, skakkad@salans.com, and entry of this Order, Google Inc. shall disclose this content to the accountholder's attorney, Smeetesh Kakkad.

3.    Google Inc. shall have no obligation under paragraph 1 or 2 above until the entry of the Order and until it receives, from the email account identified in the paragraph, an email expressly consenting to the disclosure of the content of the email and attachments previously or currently stored in the account, including the content the user may have deleted but that may remain reasonably accessible on Google's active servers, to the accountholder's attorney, Smeetesh Kakkad, Salans, Millennium Bridge House, 2 Lambeth Hill, London EC4V 4AJ, UK, skakkad@salans.com.

4.    Within four (4) days of Google making a consent-based disclosure under paragraph 1 or 2, counsel for Google will provide a summary of the number of email files and the total volume of production to counsel for the accountholders as identified above and to Ramsay's counsel, Elizabeth M. Rotenberg-Schwartz, Mishcon de Reya New York LLP, 200 Park Avenue, 44th Floor, New York, NY 10166, Elizabeth.Rotenberg-Schwartz@mishcon.com.

5.    This Stipulation and Order resolves the Petition for An Order Compelling Discovery in Aid of a Foreign Judicial Proceeding Pursuant to 28 U.S.C. Section 1782 brought by

///

Stip and [Proposed] Order Re: JAM of Gordon
Ramsay and GRHL and Google Inc. to Resolve          -2-                          CV11-080196
Petition

1    Gordon Ramsay and Gordon Ramsay Holdings Ltd., and the Petition is now moot.

2          SO STIPULATED AND AGREED

3
4    DATED:  September 26, 2011                    BERGESON, LLP

5                                                            /s/
                                                   Jaideep Venkatesan

6                                                 Attorneys for Gordon Ramsay and
7                                                 Gordon Ramsay Holdings Ltd.

8          In accordance with General Order No. 45, Rule X, the above signatory attests that

9    concurrence in the filing of this document has been obtained from the signatory below.

10
11   DATED:  September 26, 2011
                                                            /s/
12                                                 Timothy L. Alger

13                                                 TIMOTHY L. ALGER, CA State Bar. No.
                                                   160303
14                                                 TAlger@perkinscoie.com
                                                   RYAN T. MRAZIK, WA State Bar. No. 40526
15                                                 RMrazik@perkinscoie.com
                                                   PERKINS COIE LLP
16                                                 1201 Third Avenue, Suite 4800
17                                                 Seattle, WA 98101

18                                                 Attorneys for Google Inc.

19   PURSUANT TO STIPULATION, IT IS SO ORDERED.

20
21   DATED:  September 2 , 2011

22                                                 The Honorable Ronald M. Whyte
                                                   UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Stip and [Proposed] Order Re: JAM of Gordon
Ramsay and GRHL and Google Inc. to Resolve          -3-                    CV11-080196
Petition